IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RANDALL MARTINDILL**  **PLAINTIFF**
*#695001*

v.   CASE NO. 4:23-CV-00585-BSM

**MARK PATE, Judge, White County,** *et al.*   **DEFENDANTS**

## ORDER

Randall Martindill's motion to proceed *in forma pauperis* [Doc. No. 1] is granted, but he must pay the full filing fee of $350. An initial partial filing fee of $14.82 is assessed. After paying the initial filing fee, the Administrator of the White County Detention Facility, or his designee, is directed to send to the clerk payments from Martindill's prison trust account each time the amount in the account exceeds $10 until the $350 filing fee is fully paid. 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by this case name and number. The clerk is directed to send a copy of this order to the Administrator of the White County Detention Facility, 1600 East Booth, Searcy, AR 72143.

Martindill sues a number of defendants under 42 U.S.C. section 1983, alleging a variety of constitutional and state law violations arising from his March 25, 2022, arrest in White County for residential burglary and criminal mischief. Doc. No. 2. The clerk is directed to stay this case because Martindill may not proceed with this federal claim while his state criminal case, *State v. Martindill*, 73CR-22-186 (White County Circuit Court), is pending. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Yamaha Motor Corp., U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999). Martindill can move to reopen this case after

final disposition of his state criminal case, including appeals. Any motion to reopen must be filed within sixty days of that final disposition. If Martindill does not file a timely motion to reopen or a status report by July 3, 2024, then this case may be dismissed without prejudice.

    IT IS SO ORDERED this 7th day of July, 2023.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE