IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RANDALL MARTINDILL                                                                    PLAINTIFF

v.                          CASE NO. 4:23-CV-00585-BSM

MARK PATE, Judge, White County, *et al.*                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE